**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 08-04376M-002-PCT-MEA |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Ashley Begay, ) | |
| Defendant. ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was submitted and detention hearing was held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of her probation as set forth in the petition.

IT IS ORDERED that the defendant shall be released from custody.

IT IS FURTHER ORDERED that the defendant is released on previously ordered probation conditions,

DATED this 2nd day of December, 2009.

_____
Mark E. Aspey
United States Magistrate Judge